IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JONATHAN BERNABE MARTINEZ MERO, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) CV 322-116 |
| WARDEN, FCI YAZOO MEDIUM, | )<br>)<br>) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 7), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this ___ day of December, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE